IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: King, Tremaine Cortez | Case Number: 06 B 15767 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 10/14/08 | Filed: 11/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 25, 2008
Confirmed: January 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,471.85 |  |
| Secured: |  | 351.28 |
| Unsecured: |  | 5,624.46 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 421.38 |
| Other Funds: |  | 574.73 |
| Totals: | 8,471.85 | 8,471.85 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,500.00 | 1,500.00 |
| 2. | CarMax Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Circuit City | Secured | 561.58 | 40.00 |
| 4. | Best Buy | Secured | 311.28 | 311.28 |
| 5. | World Financial Network Nat'l | Unsecured | 351.05 | 106.98 |
| 6. | U.S. Department Of Education | Unsecured | 5,605.75 | 1,708.33 |
| 7. | CarMax Auto Finance | Unsecured | 2,312.84 | 704.83 |
| 8. | Carson Pirie Scott & Co | Unsecured | 123.76 | 32.11 |
| 9. | Discover Financial Services | Unsecured | 2,629.94 | 801.45 |
| 10. | Resurgent Capital Services | Unsecured | 695.95 | 197.47 |
| 11. | CarMax Auto Finance | Unsecured | 1,341.43 | 408.77 |
| 12. | ECast Settlement Corp | Unsecured | 1,860.42 | 566.95 |
| 13. | ECast Settlement Corp | Unsecured | 3,601.69 | 1,097.57 |
| 14. | American Auto Ins | Unsecured |  | No Claim Filed |
| 15. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 16. | Elmhurst College | Unsecured |  | No Claim Filed |
| 17. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 18. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago | Unsecured |  | No Claim Filed |
| 20. | City Of Chicago | Unsecured |  | No Claim Filed |
| 21. | DS Waters Of North America | Unsecured |  | No Claim Filed |
| 22. | Comcast | Unsecured |  | No Claim Filed |
| 23. | Dish Network | Unsecured |  | No Claim Filed |
| 24. | Firestone Credit First | Unsecured |  | No Claim Filed |
| 25. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | King, Tremaine Cortez | Case Number: 06 B 15767 |
| --- | --- | --- |
| | | Judge: Squires, John H |
| | Printed: 10/14/08 | Filed: 11/30/06 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Ronnie Thomas | Unsecured | | No Claim Filed |
| 27. | MBNA America | Unsecured | | No Claim Filed |
| 28. | St Bernard Hospital | Unsecured | | No Claim Filed |
| 29. | Consumers Acceptance Corp. | Unsecured | | No Claim Filed |
| 30. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 31. | BMG Music Service | Unsecured | | No Claim Filed |
| 32. | Universal Radiologhy | Unsecured | | No Claim Filed |
| 33. | Yvonne F Ramey | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,895.69 | $ 7,475.74 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 4.8% | 79.67 |
| 5.4% | 312.51 |
| 6.5% | 29.20 |
| | _____ |
| | $ 421.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

